IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SISSETON WAHPETON OYATE OF THE LAKE TRAVERSE RESERVATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEWELL, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. 13-cv-601-TFH <br><br> Hon. Thomas F. Hogan |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Following oral argument on Defendants' Motion to Dismiss (ECF No. 19), the Court has taken the matter under advisement. *See* Minute Entry of July 15, 2015. Plaintiffs hereby give notice of relevant supplemental authority, an Order Denying Defendant's Motion to Dismiss in *San Carlos Apache Tribe v. United States,* No. 14-1045-EGB (ECF No. 14, July 31, 2015). For the Court's convenience, a copy of the Order is attached along with the parties' briefs on the dismissal motion in *San Carlos*.

Respectfully submitted, July 31, 2015,

                                        */s/ Melody L. McCoy*
                                        MELODY L. MCCOY
                                        U.S. Dist. Ct. No. CO 0043
                                        JOHN E. ECHOHAWK
                                        Native American Rights Fund
                                        1506 Broadway
                                        Boulder, CO 80302
                                        Tel:  (303) 447-8760
                                        Fax:  (303) 443-7776

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.4(d)(1), I certify that, on July 31, 2015, I electronically filed the attached PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY and ATTACHMENTS with the Court's CM/ECF system, which operates to effect service of the documents on all counsel of record in this case.

*/s/ Melody L. McCoy*
MELODY L. MCCOY
US District Court (DC) Bar No CO 0043
*Attorney for Plaintiffs*