IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SISSETON WAHPETON OYATE OF THE LAKE TRAVERSE RESERVATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:13-cv-601 |
| S.M.R. JEWELL, Secretary of the Interior, *et al.*, | ) ) ) | Senior Judge Thomas F. Hogan |
| Defendants. | ) ) ) | |

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS 1 TO PARTIES' JOINT STIPULATIONS OF SETTLEMENT,
AND [PROPOSED] ORDER**

Pursuant to Rule 5.1(j) of the Local Civil Court Rules ("LCvR") and this Court's minute order dated December 3, 2015, entering as orders the joint stipulations of document and data confidentiality and of settlement confidentiality (ECF Nos. 32, 33), Plaintiffs Pueblo of Acoma and Penobscot Nation and Defendants (collectively, "the Parties") jointly and respectfully move the Court for an order directing that the Exhibits #1 to the Parties' Joint Stipulations of Settlement and [Proposed] Order be filed and kept under seal. As shown below, good cause exists for this joint request.

After months of negotiations, Plaintiffs have reached settlement agreements with Defendants regarding Plaintiffs' trust accounting and trust mismanagement claims in this case. As a result, each Plaintiff and Defendants have executed the appropriate Joint Stipulation of Settlement regarding that Plaintiff's claims, which they are submitting to this Court today for its review and determination. Each Joint Stipulation of Settlement has two exhibits, the first of which consists of periodic statements of performance ("PSPs") that are prepared by the

Department of the Interior's Office of the Special Trustee for American Indians and that contain financial information that relates to each Plaintiff's trust fund accounts.   Specifically, the PSPs contain data, such as that regarding each Plaintiff's trust fund account balances, the extent to which such funds are being invested, and the rates of return on those investments.   Given the sensitivity of this financial data in the PSPs, this Court has good cause to place Exhibits 1 of the Joint Stipulations under seal.  *See Pittson Co. v. United States*, 368 F.3d 385, 406 (4th Cir. 2004) (affirming decision to seal certain "confidential, proprietary, commercial, or financial data" that was produced under a protective order).

Further, certain PSPs in the Exhibits 1 to the Joint Stipulations of Settlement contain or may contain financial information pertaining to individuals who are not parties to, or in any way involved in, this litigation.  The presence of those individuals' financial data will or may raise issues or concerns relating to the Privacy Act, 5 U.S.C. § 552a.  Placing the PSPs under seal will obviate any Privacy Act issues or concerns that would or might arise if such individuals' financial information were filed in open court along with the Parties' Joint Stipulations of Settlement.  *See McLaurin v. National R.R. Passenger Corp*., 311 F. Supp. 2d 61, 62 (D.D.C. 2004) (granting uncontested motion to seal because the subject document "contains statistical analyses based on the financial history of persons who are not named plaintiffs"); *cf. Dubai Islamic Bank v. Citibank, N.A.*, 211 F. Supp.2d 447, 449 (S.D.N.Y. 2001) (finding "good cause" justifying a protective order in light of "confidentiality and privacy concerns" relating to bank records which included "account records . . . both individual and corporate").

Accordingly, the Parties respectfully request that this Court grant their joint motion to file and keep under seal Exhibits 1 to their Joint Stipulations of Settlement.

Respectfully submitted this 22nd day of September, 2016,

JOHN C. CRUDEN
Assistant Attorney General

*/s/ Melody L. McCoy,*
*by /s/ Anthony P. Hoang*
*pursuant to written authorization*
<u>*on September 22, 2016*</u>
MELODY L. MCCOY
U.S. Dist. Ct. CO 0043
Native American Rights Fund
1506 Broadway
Boulder, CO  80302
Tel:  (303) 447-8760
Fax:  (303) 443-7776

Attorney for Plaintiffs
   Pueblo of Acoma and
   Penobscot Nation

<u>*/s/ Anthony P. Hoang*</u>
ANTHONY P. HOANG, FL Bar #0798193
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C.  20044-7611
Tel:    (202) 305-0241
Fax:    (202) 305-0506
Email: Anthony.Hoang@usdoj.gov

Attorneys for Defendants

OF COUNSEL:

KENNETH DALTON
MICHAEL BIANCO
HOLLY CLEMENT
GLADYS COJOCARI
ERICKA HOWARD
DONDRAE MAIDEN
SHANI WALKER
United States Department of the Interior
Washington, D.C.  20240

REBECCA SALTIEL
THOMAS KEARNS
United States Department of the Treasury
Washington, D.C.  20227

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 22, 2016, I electronically transmitted the foregoing motion to the Clerk of Court using the CM/ECF System for filing, which caused all ECF registrants to be served by electronic means as reflected on the CM/ECF Notice of Electronic Filing.

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG